A TRUE COPY I CERTIFY
DAVID A O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: NicoleCadenhead

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: VALTRUS INNOVATIONS LTD. PATENT LITIGATION** **MDL No. 3190**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −2)**

On August 7, 2026, the Panel transferred 7 civil action(s) to the United States District Court for the Eastern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL No. 3190, ECF No. 64 (J.P.M.L. 2026). Since that time, 1 additional action(s) have been transferred to the Eastern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable James Rodney Gilstrap.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Texas and assigned to Judge Gilstrap.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Texas for the reasons stated in the order of August 7, 2026, and, with the consent of that court, assigned to the Honorable James Rodney Gilstrap.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 04, 2026

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jessica D. Birnbaum

Jessica D. Birnbaum
Clerk of the Panel

**IN RE: VALTRUS INNOVATIONS LTD. PATENT LITIGATION**

MDL No. 3190

## SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MASSACHUSETTS | | | |
| MA | 1 | 26−13811 | Valtrus Innovations Limited et al v. Markley Network Services LLC et al |
| PENNSYLVANIA WESTERN | | | |
| | | | Opposed 9/3/26 |
| ~~PAW~~ | ~~2~~ | ~~26−01734~~ | ~~Key Patent Innovations Ltd. et al v. Ark Data Centers, LLC~~ |
| PAW | 2 | 26−01736 | Valtrus Innovations Ltd et al v. Continental Broadband, LLC |
| TEXAS NORTHERN | | | |
| TXN | 3 | 26−02755 | Valtrus Innovations Ltd et al v. 365 Data Centers Holdings LLC et al |
| TXN | 3 | 26−02758 | Valtrus Innovations Ltd et al v. Cogent Communications Holdings Inc et al |
| TXN | 3 | 26−02760 | Valtrus Innovations Ltd et al v. Compass Datacenters LLC |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 26−06818 | Valtrus Innovations Ltd. et al v. TRG Datacenters, LLC |
| TXS | 7 | 26−00382 | Valtrus Innovations Ltd. et al v. FifteenFortySeven Critical Systems Realty, LLC |
| VIRGINIA EASTERN | | | |
| VAE | 3 | 26−00828 | Valtrus Innovations Limited et al v. Sabey Data Center Properties LLC |